IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| GARCIA GRAIN TRADING CORP., | § § § | Case No. 23-70028-EVR-11 |
| Debtor. | § § | |
| | § | |
| GARCIA GRAIN TRADING CORP., Plaintiff | § § § § | |
| v. | § § | Adversary No. 23-07002 |
| RODOLFO PLASCENCIA, SR. and WNGU PROPERTIES, LLC, | § § § § | |
| Defendants | § | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file an motion or answer to the complaint within 35 days.

Address of the clerk:   Nathan Ochsner, Clerk of Court
United States Courthouse
P.O. Box 5059
McAllen, Texas 78501

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorney.

Name and Address of Plaintiffs' Attorney:   David R. Langston
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408
drl@mhba.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE**


RETURN / AFFIDAVIT
PROOF / ATTACHED

**BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: June 14, 2023

Nathan Ochsner, Clerk of Court

s/ Rhonda Moore-Konieczny
Signature of Clerk or Deputy Clerk

## CERTIFICATE OF SERVICE

I, _Marilyn Stroud_ (name), certify that service of this summons and a copy of the complaint was made _6-14-2023_ (date) by:

    Mail service: Regular, first class United States mail, postage fully pre-paid, and by CMRRR addressed to:

☒ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: _725 Cardinal, McAllen, Texas 78504_

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _6-14-2023_   Signature _Marilyn Stroud SCH#1380_

Print Name: _MARILYN STROUD_

Business Address: _1407 Candy Lane, Edinburg, Texas 78539_