United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **GARCIA GRAIN TRADING CORP.,** § | Case No. 23-70028-EVR-11 | |
| § | | |
| **Debtor.** § | | |
| § | | |
| **GARCIA GRAIN TRADING CORP.,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | Adversary No. 23-7002 | |
| § | | |
| **RODOLFO PLASCENCIA, SR. and** § | | |
| **WNGU PROPERTIES, LLC** § | | |
| **Defendants** § | | |

### ORDER APPROVING PLAINTIFF'S EX PARTE EMERGENCY MOTION TO EMPLOY THE HONORABLE DAVID R. JONES AS MEDIATOR IN THIS ADVERSARY PROCEEDING

On this date came on for consideration the Motion to Employ The Honorable David R. Jones as Mediator in this Adversary Proceeding, and it appearing to the Court that the Honorable David R. Jones ("Judge Jones") is a disinterested party, does not represent or hold any interest creating an actual conflict of interest to the Debtor/Plaintiff, Defendants, creditors or to the other parties in interest with respect to the matters on which he is to be employed, and that he has no connections with the Debtor/Plaintiff, Defendants, the creditors, or any other party-in-interest herein, and their respective attorneys and accountants, except as disclosed in said Motion, it is therefore;

ORDERED, ADJUDGED AND DECREED that the Plaintiff, is hereby authorized to employ the Honorable Judge David R. Jones, 515 Rusk, Room 400, Houston, Texas 77002, as mediator for

the Plaintiff in this adversary proceeding, to conduct a mediation in an to attempt to resolve outstanding issues involved in this matter.

IT IS FURTHER ORDERED that Judge Jones has agreed that he will no charge for his time to conduct the mediation and that any expenses he incurs will be paid for by the U.S. Government. The Honorable David R. Jones is appointed as mediator in this case.

At all times in the performance of his mediation duties, Judge Jones will be acting in his official capacity as a United States Bankruptcy Judge, with all of the privileges and immunities of a United States Bankruptcy Judge

Signed: September 15, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**APPROVED AS TO FORM AND CONTENT AND ENTRY REQUESTED:**

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

/s/ David R. Langston
David R. Langston, SBN: 11923800
Southern District Bar No. 9489
***Attorneys for the Plaintiff, Garcia Grain Trading Corp.***